United States District Court
Southern District of Texas
**ENTERED**
February 22, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY, | § § § § | |
| Plaintiff. | § § | CIVIL ACTION NO. 4:20-cv-01523 |
| VS. | § § | |
| FLOW-CHEM TECHNOLOGIES, LLC, et al., | § § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's order dismissing all claims asserted by Plaintiffs in the above-captioned lawsuit, *see* Dkt. 54, the Court enters **FINAL JUDGMENT** dismissing this action with prejudice. All relief not expressly granted is **DENIED**.

Signed on February 22, 2022, at Houston, Texas.

_____
George C. Hanks, Jr
United States District Judge