# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*December 05, 2022*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
November 11, 2022
Lyle W. Cayce
Clerk

No. 22-20168

TOKIO MARINE SPECIALTY INSURANCE COMPANY,

*Plaintiff/Counter-Defendant—Appellee,*

versus

FLOW-CHEM TECHNOLOGIES, L.L.C.,

*Defendant/Counter-Claimant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1523

Before KING, HIGGINSON, and WILLETT, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that defendant/counter-claimant-appellant pay to plaintiff/counter-defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Dec 05, 2022

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 05, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 22-20168    Tokio Marine v. Flow-Chem
                             USDC No. 4:20-CV-1523

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

cc:    Mr. Brian Cody Boyle
        Mr. Daniel Alexander Harrell
        Mr. David Charles Kent